UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

COURTLAND BULLARD,

    Plaintiff,

v.                                                                 Case No: 5:20-cv-257-JSM-PRL

ALLIED STAFF AUGMENTATION
PARTNERS, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal without Prejudice (Dkt. 56). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal without Prejudice (Dkt. 56) is granted.

2. All claims asserted in this lawsuit by Plaintiff Courtland Bullard, individually and for others similarly situated are hereby dismissed without prejudice.

3. The Parties are instructed to file Plaintiff and opt-in Plaintiffs' claims before the American Arbitration Association.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of July, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record